**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:07-CR-591 CAS |
| v. | ) | |
| | ) | |
| DEBRA BLEDSOE, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Mary Ann L. Medler. On June 25, 2010, Judge Medler filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motion to Suppress Evidence and Statements be denied as moot as to evidence and denied as to statements.

Defendant Bledsoe filed general objections to the Magistrate Judge's Report and Recommendation on July 9, 2010. Defendant's objections state in pertinent part, "Factual conclusions of the magistrate [judge] based on the testimony of the government's witness was simply not credible and should not be credited by the Court. Legal conclusions which are based on these factual findings are likewise in error, as there is no factual basis for them." Objections at 1.

The Court has carefully and independently reviewed the full record and has listened to a tape of the evidentiary hearing held in this matter on June 22, 2010. The Court is in full agreement with the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after a de novo review,

**IT IS HEREBY ORDERED** that the objections of defendant Bledsoe are **overruled**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 23]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence and Statements is **DENIED as moot** with respect to statements and **DENIED** with respect to evidence. [Doc. 19]

                                                    **CHARLES A. SHAW**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated this  16th   day of July, 2010.