# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 4:07-CR-591 CAS |
| DEBRA BLEDSOE, ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on its own motion. By Order dated July 6, 2011, the Court granted the government's unopposed Motion to Surrender Funds to Clerk's Office, and ordered that the government could apply the sum of $229.85 discovered in defendant's possession upon her arrest toward payment of the $849.93 restitution defendant was ordered to pay in the Judgment of June 1, 2011.

The Court has been informed by the Clerk of the Court that defendant has not paid the special assessment of $200 imposed in the Judgment, which was ordered to be paid immediately. Congress provided for an order of priority in which criminal penalties are assessed, and that order of priority requires that special assessments be collected before restitution. 18 U.S.C. § 3612(c). As a result, the money discovered in defendant's possession should be applied first to her outstanding special assessment, and then to restitution.

Accordingly,

**IT IS HEREBY ORDERED** that the Order of July 6, 2011 is **vacated**. [Doc. 88]

**IT IS FURTHER ORDERED** that the government's Motion to Surrender Funds to Clerk's Office is **GRANTED** as follows: $200 of the funds discovered in defendant's possession shall be

applied to her special assessment obligation as ordered in the Judgment of June 1, 2011, and the remainder to restitution as set forth in the Judgment. [Doc. 87]

                                                  **CHARLES A. SHAW**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated this  8th  day of July, 2011.